1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SHELI THORNSBERRY, | ) | Case No.: C-11-05103 PSG |
|---|---|---|
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| GC SERVICES, LP, | ) | |
| Defendant. | ) | |

The court has been advised that the parties have reached a settlement of all claims. Plaintiff Sheli Thornsberry ("Thornsberry") shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than January 17, 2012.  If a dismissal of the action is not filed by that date, Pavlovic shall appear on January 24, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated:   November 15, 2011

                            PAUL S. GREWAL
                            United States Magistrate Judge